2016 OK CR 24

**IN RE: CORRECTION OF PORTION OF THE RULES OF THE COURT OF CRIMINAL APPEALS**

**CCAD–2016–3**

Court of Criminal Appeals of Oklahoma.

Decided: 12/01/2016

**ORDER CORRECTING RULE 7.1 OF THE RULES OF THE COURT OF CRIMINAL APPEALS**

¶ 1 Whereas the Oklahoma Legislature has moved significant portions of Title 10 of the Oklahoma Statutes to Title 10A, we find that it is necessary to correct Rule 7.1 of the Rules for the Oklahoma Court of Criminal Appeals. Pursuant to the provisions of Section 1051(b) of Title 22 of the Oklahoma Statutes, we hereby revise, adopt, promulgate and republish portions of the *Rules of the Oklahoma Court of Criminal Appeals*, Title 22 O.S., Ch. 18, App. (2016), as set forth as follows:

**SECTION VII. PROCEDURE FOR APPEALING FROM AN ORDER ADJUDICATING A JUVENILE TO BE DELINQUENT; FROM A FINAL ORDER CERTIFYING OR DENYING CERTIFICATION OF A JUVENILE TO STAND TRIAL AS AN ADULT; OR FROM A FINAL ORDER GRANTING OR DENYING REVERSE CERTIFICATION; OR SENTENCING UNDER THE YOUTHFUL OFFENDER ACT**

**Rule 7.1 Courts from Which Appeals are Lodged**

An appeal may be lodged by either party under the Rules of this Court from:

1. an adjudication of juvenile delinquency or certification of a juvenile to stand trial as an adult or deny such certification under § ~~7303—4.3(F)~~2–2–403(D) and ~~6.2(A)~~2–2–601(A), of Title 10A;

2. an order certifying a person as a child or denying the request for certification as a child under § ~~7306—1.1(G)~~2–5–101(G), of Title 10A;

3. an order certifying or denying certification of a person as a youthful offender or juvenile under § ~~7306—2.5(E)~~2–5–205(F) and ~~2.6(F)(5)~~2–5–206(F)(5), of Title 10A;

4. an order certifying or denying certification for imposition of an adult sentence under § ~~7306—2.8(E)~~2–5–208(E), of Title 10A;

5. a conviction as a youthful offender under § ~~7306—2.6(G)~~2–5–206(G), ~~2.8(F)~~, or ~~2.8(G)~~2–5–208(F), of Title 10A;

6. an order transferring custody under § ~~7306—2.10(H)~~2–5–210(C), of Title 10A.

¶ 2 **IT IS THEREFORE ORDERED ADJUDGED AND DECREED** that these cor-

rections shall become effective on the date of this order.

¶ 3 IT IS SO ORDERED.

¶ 4 **WITNESS OUR HANDS AND THE SEAL OF THIS COURT** this 1st day of December, 2016.

/S/ **CLANCY SMITH**, Presiding Judge

/S/ **GARY L. LUMPKIN**, Vice Presiding Judge

/S/ **ARLENE JOHNSON**, Judge

/S/ **DAVID B. LEWIS**, Judge

/S/ **ROBERT HUDSON**, Judge